UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

FEB 27 2020

David J. Bradley, Clerk of Court

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | |
| | § | CRIMINAL NO. |
| JOSEPH WELDON | § | |

2 0 CR 1 3 0

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE

On or about January 17, 2020 in the Houston Division of the Southern District of Texas, the defendant,

**JOSEPH WELDON,**

did knowingly possess a firearm, namely a destructive device, that was not registered to him in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5861(d), 5845, and 5871.

## COUNT TWO

On or about January 31, 2020 in the Houston Division of the Southern District of Texas, the defendant,

**JOSEPH WELDON,**

did knowingly possess a firearm, namely a destructive device, that was not registered to him in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5861(d), 5845, and 5871.

## COUNT THREE

On or about January 31, 2020, in the Houston Division of the Southern District of Texas, the defendant,

**JOSEPH WELDON,**

not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## NOTICE OF CRIMINAL FORFEITURE

Pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the United States of America hereby gives notice that upon conviction of Possession of a Destructive Device, as charged in Counts One and Two, all firearms, destructive devices and ammunition involved in or used in a violation of Title 26, United States Code, Sections 5861(d), 5845, and 5871 are subject to forfeiture, including but not limited to:

1) 30 Destructive Devices, specifically, pipe bombs
2) Bump stock purchased on 1/17/20 – no manufacturer or serial number
3) Romania, model: unknown, rifle, s/n: GM1358-1959
4) .223 cal rifle, no manufacturer, model, or s/n
5) .223 cal rifle, no manufacturer, model, or s/n
6) Magpul brand bumpstock
7) 34 rounds of PPU brand, .38 caliber ammunition
8) 4 rounds of Remington brand, .223 caliber ammunition
9) 1 round of TULA Cartridge Works brand, 7.62mm ammunition
10) 208 rounds of LC (Lake City) brand, 5.56mm ammunition
11) 128 rounds of assorted brand, .45 caliber ammunition
12) 49 rounds of Frontier brand, 5.56mm ammunition
13) 18 rounds of 7.62mm ammunition (unknown mfg)
14) 440 rounds of assorted brand .22 caliber ammunition
15) 70 rounds of assorted brand and caliber ammunition
16) 33 rounds of LC (Lake City) brand, 5.56mm ammunition
17) 104 rounds of assorted brand, 5.56mm ammunition

A TRUE BILL:
Original signature on File

**FOREPERSON OF THE GRAND JURY**

RYAN K. PATRICK
UNITED STATES ATTORNEY

BY: _____
Lisa Collins
Assistant United States Attorney